IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AQIB HUSSAIN,<br><br>      Petitioner,<br><br>  v.<br><br>DAVID O'NEILL, *Acting Field Office Director, Philadelphia Field Office Immigration and Customs Enforcement*, et al.,<br><br>      Respondents. | CIVIL ACTION<br><br>No. 26-35-KSM |

## ORDER

**AND NOW** this 6th day of January, 2026, the Court having reviewed the Petition for Writ of Habeas Corpus (Doc. No. 1) finding that it raises substantive issues that may have merit, and further finding that time may be of the essence thus justifying action by the Court, it is hereby **ORDERED** that Respondents DAVID O'NEILL, KRISTI NOEM, PAMELA BONDI, the WARDEN of the Philadelphia Federal Detention Center, and the EXECUTIVE OFFICE FOR IMMIGRATION REVIEW are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

**IT IS SO ORDERED.**

                   /s/*Karen Spencer Marston*
                   _____
                   **KAREN SPENCER MARSTON, J.**